1 | LEONARD L. GUMPORT (Bar No. 86935)
LISA N. NOBLES (Bar No. 233723)
2 | GUMPORT | REITMAN
550 South Hope Street, Suite 825
3 | Los Angeles, California 90071
Telephone:   (213) 452-4900
4 | Facsimile:   (213) 623-3302

5 | Attorneys for Plaintiff Christopher R. Barclay,
Trustee

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

11 | In re

Substantively Consolidated Bankruptcy
12 | Estates of MIDLAND EURO
EXCHANGE, INC., MIDLAND EURO,
13 | INC., MIDLAND GROUP, INC.,
MOSHE LEICHNER, and ZVI
14 | LEICHNER,

15 |                    Debtors.

16 | —————————————————————
CHRISTOPHER R. BARCLAY, Trustee of the
17 | Substantively Consolidated Bankruptcy Estates
of Midland Euro Exchange, Inc., Midland Euro,
18 | Inc., Midland Group, Inc., Moshe Leichner, and
Zvi Leichner,
19 |
                    Plaintiff,
20 |      v.

21 | YOSSI ATTIA et al.,

22 |                    Defendants.

23 |

24 |

25 |

26 |

**Bk. No.: SV 03-13981-GM**
[Includes cases previously designated
as Bk. Case Nos. SV 03-13982-AG,
SV 03-13986-AG, SV 03-13987-AG,
and SV 03-13989-AG]

**CHAPTER 7**

**Adv. No. AD 04-01390-GM**

**APPENDIX OF EXHIBITS TO
TRUSTEE'S REQUEST TO TAKE
JUDICIAL NOTICE IN OPPOSITION
TO SUMMARY JUDGMENT MOTION
OF DEFENDANTS GALINA KUBRAK
AND 18607 VENTURA ASSOCIATES,
LTD. [VOLUME ONE OF THREE
VOLUMES]**

**DATE:**        November 7, 2007
**TIME:**        1:30 p.m.
**PLACE:**       Courtroom 303
                 21041 Burbank Blvd.
                 Woodland Hills, CA 91367
                 [Judge Mund]

27 | / / /

28 | / / /

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Christopher R. Barclay, Chapter 7 Trustee of Substantively Consolidated Bankruptcy Estates of Midland Euro Exchange, Inc., Midland Euro, Inc., Midland Group, Inc., Moshe Leichner, and Zvi Leichner ("Trustee") hereby submits Volume One of Three Volumes of the Appendix of Exhibits to the Request for Judicial Notice to Trustee's Opposition to Summary Judgment Motion of Defendants Galina Kubrak and 18607 Ventura Associates, Ltd.

DATED: October 17, 2007                     Respectfully submitted,

                                            GUMPORT | REITMAN

                                            By:_____
                                                Leonard L. Gumport
                                                Attorneys for Christopher R. Barclay, Trustee

## INDEX TO EXHIBITS TO REQUEST TO TAKE JUDICIAL NOTICE
### VOLUME ONE OF THREE

| Exhibit No. | Description |
|---|---|
| 1. | Abstract of judgement issued on December 30, 1996 in Los Angeles Superior Court Case No. BC 109751, captioned 2500 Honolulu, Ltd. v. M. Leichner, and recorded on January 9, 1997 as Instrument No. 97-37203 at the Los Angeles County Recorder's office. |
| 2. | Docket in L.A. Superior Court Case No. BC 109751 reflecting that, through the Debtors' May 2003 involuntary bankruptcy filing, no acknowledgment of satisfaction of the judgment (Ex. 1) was filed. |
| 3. | Bankruptcy petition filed on June 22, 1998 in In re Moshe Leichner, Bk. Case No. SV-98-18643-KL, in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "1998 Leichner Bankruptcy Case"). |
| 4. | Docket for the 1998 Leichner Bankruptcy Case. |
| 5. | Moshe Lechner's bankruptcy schedules filed on July 6, 1998 in the 1998 Leichner Bankruptcy Case. |
| 6. | Order dismissing the 1998 Leichner Bankruptcy Case without discharge, filed March 12, 1999. |
| 7. | First amended complaint filed on May 11, 1999 in Rawashdeh v. Mansour, et al., L.A.S.C. No. BC 191035 in the Los Angeles Superior Court (the "Rawashdeh Action"). |
| 8. | Copy of a certified copy of the abstract of judgment issued on August 10, 2001 in the Rawashdeh Lawsuit, recorded on March 1, 2002 as Instrument No. 02-0480501 at the Los Angeles County Recorder's Office. |
| 9. | Notice of a writ of attachment for $2.9 million recorded in February 2000 against Moshe Leichner and others in U.S.D.C. Case No. CV 99-13144 (C.D. Cal.), captioned Amalia Gomez, et al. v. Midland Euro-Exchange, Inc., et al. (the "Gomez Action"). |
| 10. | Docket for the Gomez Action. |
| 11. | Desist and Refrain Order dated March 21, 2000, issued by California Department of Corporations against Zvi Leichner and Midland Euro Exchange Trust. |
| 12. | 2001 articles of incorporation and initial statement of officers of Continental Jet Management, Inc. filed with the Secretary of State for the state of Nevada. |
| 13. | Articles of incorporation for Midland Euro Exchange, Inc.("MEEI") filed on July 9, 1998 in the Office of the Secretary of State of California. |
| 14. | Articles of incorporation of Midland Euro, Inc. ("MEI") filed June 22, 1999 with the Secretary of State of California. |

| Exhibit No. | Description |
|---|---|
| **15.** | Midland Group, Inc. (MGI") articles of incorporation filed December 4, 2000 in Barbados. |
| **16.** | 16(a) – Notice of Member Responsibility Action issued by the National Futures Association ("NFA") on October 31, 2001 in the NFA proceeding with Docket No. 01-MRA-002; and 16(b) – NFA's decision, issued November 14, 2001 in NFA Docket No. 01-MRA-002. |
| **17.** | First amended complaint filed on or about December 28, 2001 in <u>Al Baraka International Investment Co., Ltd. v. Midland Euro Exchange, Inc. et al.</u>, L.A.S.C. No. BC 259482 (the "Al Baraka Action"). |
| **18.** | Order issuing preliminary injunction, filed on November 14, 2001 in the Al Baraka Action, restricting MEEI from transferring assets. |
| **19.** | Motion for stay filed by Moshe Leichner, Midland Euro, Inc., and others on October 15, 2002 in the Al Baraka Action. |
| **20.** | Docket in the Al Baraka Action. |
| **21.** | Complaint filed December 31, 2001 by the NFA against Midland Euro, Inc., and Zvi Leichner in the NFA Case No. 01-BCC-018 (the "2nd NFA Proceeding"). |
| **22.** | Decision filed November 20, 2002 by the NFA in the 2nd NFA Proceeding. |
| **23.** | Copy of a certified copy of criminal complaint dated February 7, 2003, filed in <u>U.S.A. v. M. Leichner and Z. Leichner</u>, magistrate case no. 03-0282M, in the U.S. District Court for the Central District of California. |
| **24.** | Docket in <u>U.S.A. v. Leichner</u>, U.S.D.C. Case No. 03-CR-568 ("<u>USA v. Leichner</u>"). |
| **25.** | Plea agreement for Defendant Moshe Leichner, filed June 12, 2003 in <u>USA v. Leichner</u> (re agreement of Moshe Leichner to plead to fraud and money-laundering charges). |
| **26.** | Judgment and Probation/Commitment Order for Moshe Leichner, entered on March 7, 2003 in <u>USA v. Leichner</u>. |
| **27.** | Plea agreement for Defendant Zvi Leichner, filed June 12, 2003 in <u>USA v. Leichner</u> (re agreement of Zvi Leichner to plead to fraud and money-laundering charges). |
| **28.** | Supplemental Plea Agreement for Defendant Zvi Leichner, filed August 19, 2004 in <u>USA v. Leichner</u>. |
| **29.** | Copy of a certified copy of Judgment and Probation/Commitment Order for Zvi Leichner, entered March 26, 2005 in <u>USA v. Leichner</u>. |
| **30.** | Involuntary petition filed May 8, 2003 against MEEI In the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13981-AG. |

| Exhibit No. | Description |
|---|---|
| 31. | Involuntary petition filed May 8, 2003 against MEI In the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13982-AG. |
| 32. | Involuntary petition filed May 8, 2003 against Moshe Leichner in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13986-AG. |
| 33. | Involuntary petition filed May 8, 2003 against Zvi Leichner in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13987-AG. |
| 34. | Involuntary petition filed May 8, 2003 against MGI in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk. No. SV03-13989-AG. |
| 35. | Docket in Bk. No. SV03-13981–GM, downloaded from the PACER service on July 26, 2006. |
| 36. | List of proofs of claim in Bk. No. SV03-13981–GM, downloaded from the Court's website on July 26, 2006. |
| 37. | Statements of Domestic Stock Corporation of Delong Friedman and Sukenik Inc., filed with the California Secretary of State on April 9, 1999 and November 27, 2000; and Resignation of Agent Upon Whom Process May Be Served of Michael A. Cardenas re Midland Euro, Inc., filed March 15, 2003. |
| 38. | Statements of Domestic Stock Corporation of MEEI, filed with the California Secretary of State on December 31, 1999 and June 22, 2002; and Resignation of Agent Upon Whom Process May Be Served of Michael A. Cardenas re Midland-Euro Exchange, Inc., filed March 15, 2003. |
| 39. | March 7, 2001 certificate reflecting change of name of "Delong, Friedman and Sokenik, Inc." to "Midland Euro, Inc." and WestLaw printout of change of name. |

## VOLUME TWO OF THREE

| Exhibit No. | Description |
|---|---|
| 40. | Petition for Dissolution of Marriage filed January 5, 1995 in In re Marriage of Michaely, Los Angeles Superior Court Case No. BD 206726 (the "Michaely Divorce Case"). |
| 41. | Docket in the Michaely Divorce Case. |
| 42. | Report, Findings and Recommendation of Referree; and Order filed June 20, 2002 in the Michaely Divorce Case. |
| 43. | Judgment filed August 17, 2005 in the Michaely Divorce Case. |

| Exhibit No. | Description |
|---|---|
| **44.** | Published opinion filed on April 16, 2007 by the Court of Appeal, Second District affirming the judgment in the Michaely Divorce Case. |
| **45.** | Chapter 11 voluntary petition filed September 27, 1999 in U.S. Bankruptcy Court for the District of Nevada captioned In re Yehoshua Shuki Michaely, Case No. 99-17701-BAM (the "Michaely Bankruptcy Case"). |
| **46.** | Docket in the Michaely Bankruptcy Case. |
| **47.** | Amended schedules of liabilities and statement of financial affairs filed October 5, 1999 in the Michaely Bankruptcy Case. |
| **48.** | Adversary complaint filed in the Michaely Bankruptcy Case on January 31, 2000 against Josh Michaely as Adv. No. 002034 (the "Michaely Adversary"). |
| **49.** | Docket in the Michaely Adversary. |
| **50.** | Judgment against Josh Michaely filed September 26, 2001 in the Michaely Adversary. |
| **51.** | Findings of fact and conclusions of law filed November 14, 2001 in the Michaely Adversary. |
| **52.** | Opinion of the U.S. District Court, District of Nevada entered August 20, 2004 affirming the judgment in the Michaely Adversary. |
| **53.** | Ninth Circuit decision submitted August 18, 2006 affirming the Nevada District Court opinion relating to the Michaely Adversary. |
| **54.** | Grant Deed dated May 2001 from 6931 Corporation transferring to American Realty Group, Inc. record title to real property commonly known as 6931 & 6939 Van Nuys Boulevard, Van Nuys California 91405 (the "Van Nuys Property"). |
| **55.** | Grant Deed dated September 2003 from American Realty Group, Inc. transferring to Van Nuys Plaza LLC record title to the Van Nuys Property. |
| **56.** | Grant Deed dated June 2001 from Bonanza Main Investment Company transferring to Bonanza Realty, Inc. record title to real property commonly known as Bonanza & Main, Las Vegas, Nevada (the "Bonanza Property"). |
| **57.** | Grant Deed dated October 2002 from Bonanza Realty, Inc. transferring to Bonanza Realty LLC record title to the Bonanza Property. |
| **58.** | Adversary complaint (without voluminous exhibits) filed on September 30, 2004 against Yossi Attia and others captioned Barclay, Trustee v. Attia et al., Adv. Case No. AD04-01390 (the "Attia/Schnapp/Michaely Proceeding"). |
| **59.** | Answer and cross-complaint filed on May 12, 2005 by defendants Yossi Attia, Moshe Schnapp, and others in the Attia/Schnapp/Michaely Proceeding. |

| Exhibit No. | Description |
|---|---|
| **60.** | Memorandum of opinion re service on defendant Galina Kubrak entered May 26, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| **61.** | Motion for protective order re deposition of Josh Michaely filed July 14, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| **62.** | Motion for protective order re deposition of Galina Kubrak filed July 14, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| **63.** | Order on motions of defendants Josh Michael and Galina Kubrak for protective orders entered September 8, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| **64.** | Motion for approval of a partial settlement (the "Attia/Schnapp Settlement") filed May 11, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| **65.** | Supplemental declaration of Christopher R. Barclay in support of motion for approval of settlement filed June 9, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |

## VOLUME THREE OF THREE

| Exhibit No. | Description |
|---|---|
| **66.** | Findings of fact and conclusions of law re motion for approval of settlement entered June 16, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| **67.** | Revised order re motion for approval of settlement entered June 16, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| **68.** | Memorandum of Opinion re determination of good faith settlement filed July 6, 2006 relating to the Attia/Schnapp/Michaely Proceeding. |
| **69.** | Complaint filed September 21, 2005 captioned Israel Discount Bank, Ltd. v. Moshe Schnapp et al., L.A. Superior Court Case No. BC 340165 re judgments entered against Moshe Schnapp in Israel. |
| **70.** | Answer filed December 8, 2005 by Moshe Schnapp in Israel Discount Bank, Ltd. v. Moshe Schnapp et al. |
| **71.** | Order filed on October 30, 2006 in MP Number 06-MP-00101 GM re Trustee's request to take judicial notice in connection with the documents that are Exhibits 1-39 in the first volume of this Appendix of Exhibits. |
| **72.** | Judgment and amended findings filed on April 29, 2007 MP Number 06-MP-00101 GM. |
| **73.** | Fictitious business name statement for Midland Euro Exchange Trust, filed June 25, 1998 in Los Angeles County. |

| Exhibit No. | Description |
|---|---|
| **74.** | Press release published by California Department of Corporations in March 2000 (and downloaded in September 2001 and July 2007). |
| **75.** | NFA press release, dated November 5, announcing suspension of MEI in November 2001. |
| **76.** | CFTC press releases dated November 19 and 23, 2001 announcing suspension of MEI by NFA and filing of CFTC proceeding to revoke MEI's registration with the CFTC as a futures commission merchant (FCM). |
| **77.** | NFA website file (excerpts) on MEI reflecting history from 1987 through 2002. |
| **78.** | Transcript of July 13, 2004 guilty plea of Zvi Leichner in No. CR 03-568. |
| **79.** | Transcript of July 10, 2004 guilty plea of Moshe Leichner in No. CR 03-568. |
| **80.** | Transcript of August 19, 2004 further guilty plea of Zvi Leichner in No. CR 03-568. |
| **81.** | Docket of <u>Gomez-Wilkinson et al. v. Midland Euro etc. et al.</u>, U.S.D.C. No. CV 99-13144 (i.e., the "Gomez Action"). |
| **82.** | Complaint filed December 15, 1999 in Gomez Action. |
| **83.** | Memorandum of points and authorities in support of applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed December 15, 1999 in Gomez Action. |
| **84.** | Declarations of Amalia Gomez-Wilkinson and Richard Green (with excerpts of supporting exhibits) in support of applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed December 15, 1999 in Gomez Action. |
| **85.** | Order granting applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed January 25, 2000 in Gomez Action. |
| **86.** | Order denying motion to dismiss complaint, filed February 29, 20000 in Gomez Action. |
| **87.** | Proof of Claim no. 97 in the amount of $924,115.89 filed by Henry Wagner on December 2, 2003. |
| **88.** | Proof of Claim no. 58 in the amount of $230,271.87 filed by Avaness Industries, Inc. on October 14, 2003. |
| **89.** | Proof of Claim no. 300 in the amount of $21,331,568.50 filed by Gills Family Partnership on October 10, 2007. |

# EXHIBIT

# 1

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

NAME    Allen & Allen

MAILING   16501 Ventura Boulevard
ADDRESS   Suite 601

CITY, STATE
ZIP CODE    Encino, California 91436-2051

97   37203

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

8:04 AM   JAN 09  1997

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)   D.A. FEE Code 20   $ 2⁰⁰

FEE $ 22⁰⁰  0 (3)

ABSTRACT OF JUDGMENT

Lien notice mailed to debtor (M)
address shown (M) Govt. Code 27297.5

**EXHIBIT 1**

000002

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

☐ Recording requested by and return to:

ALLEN & ALLEN
16501 VENTURA BOULEVARD
SUITE 601
ENCINO, CALIFORNIA 91436-2051

TELEPHONE NO.: (818) 981-1700

FOR RECORDER'S USE ONLY

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

NAME OF COURT: LOS ANGELES SUPERIOR COURT
STREET ADDRESS:
MAILING ADDRESS: 111 N. HILL STREET
CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: 2500 HONOLULU LIMITED

DEFENDANT: MOSHE LEICHNER, et al

CASE NUMBER: BC 109751

## ABSTRACT OF JUDGMENT

FOR COURT USE ONLY

1. The [X] judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's

Name and last known address:

MOSHE LEICHNER
9210 SOPHIA AVENUE
NORTH HILLS, CALIFORNIA 91343

b. Driver's license No. and state:
c. Social Security No.: 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    [X] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to (name and address):    ☐ Unknown

MOSHE LEICHNER
2490 HONOLULU AVENUE, SUITE 140
MONTROSE, CALIFORNIA 91020
e. [X] Additional judgment debtors are shown on reverse.

Date: DECEMBER 24, 1996

TOY R. FIELDS
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
of the judgment entered in this action.
b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor (name): 2500 HONOLULU LTD., a
California Limited Partnership
whose address appears on this form above the court's name.
4. Judgment debtor (full name as it appears in judgment):
MOSHE LEICHNER and VERED LEICHNER.

6. Total amount of judgment as entered or last renewed:
$ 139,417.86
7. ☐ An ☐ execution ☐ attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of (name and address):

97    37203

5. a. Judgment entered on
(date): 10/30/96
b. Renewal entered on
(date):
c. Renewal entered on
(date):

8. A stay of enforcement has
a. [X] not been ordered by the court.
b. ☐ been ordered by the court effective until
(date):
9. ☐ This judgment is an installment judgment.

This abstract issued on
(date): DEC 30 1996

JOHN A. CLARKE, CLERK
Clerk, by _____, Deputy

Form Adopted by Rule 982
Judicial Council of California
982(a)(13) (Rev. January 1, 1991)

ABSTRACT OF JUDGMENT
(Civil)

Code of Civil Procedure, §§ 488.180, 674, 700.190

000003

| PLAINTIFF: 2500 HONOLULU LIMITED | CASE NUMBER: |
|---|---|
| DEFENDANT: MOSHE LEICHNER, et al | BC 109751 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address
VERED LEICHNER
9210 SOPHIA AVENUE
NORTH HILLS, CALIFORNIA 91343

Driver's license No. & state:     [X] Unknown.
Social Security No.: 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    [ ] Unknown.
Summons was personally served at or mailed to (address):
VERED LEICHNER
2490 HONOLULU AVENUE, SUITE 140
MONTROSE, CALIFORNIA 91020

**14.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state:    [ ] Unknown.
Social Security No.:    [ ] Unknown.
Summons was personally served at or mailed to (address):

**18.** [ ] Continued on attachment 18.

982(a)(4) [Rev. January 1, 1991]

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

Page Two

000004

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JUL 19 2005

 REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

000005

# EXHIBIT

# 2

Los Angeles Superior Court - Civil Case Summary                                    Page 1 of 6

## Case Summary

**Case Number:** BC109751
2500 HONOLULU LTD. VS MOSHE LEICHNER, ET AL

**Filing Date:** 07/29/1994
**Case Type:** UD/Residence (not Drugs/Evict) (General Jurisdiction)
**Status:** Other Judgment 10/30/1996

**Future Hearings**
None

Documents Filed | Proceeding Information

Parties

2500 HONOLULU LTD. - Plaintiff and Cross-Defendant

ALLEN & ALLEN - Atty for Plaintiff and Cross-Deft

CHERIN & YELSKY LAW OFFICES OF - Former Attorney for Deft/Resp

FIERBERG IRA M. LAW OFFICES OF - Attorney for Deft/Respnt

JEFFRIES COUNTESS PEASE ESQ. - Attorney for Deft/Respnt

LEICHNER MOSHE - Defendant/Respondent

LEICHNER VERED - Defendant/Respondent

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:
11/29/1995

**06/17/2003** Assignment of Judgment ("Assignee: Avaness Industires, Inc." )
Filed by Attorney for Assignee

**06/17/2003** Substitution of Attorney ("New Atty.: Kevin M. Salute ROSENTHAL
AND SMITH, LLP" )
Filed by Attorney for Assignee

**06/17/2003** Writ issued (To LA. Co. )
Filed by Attorney for Assignee

**EXHIBIT 2**

**000006**

Los Angeles Superior Court - Civil Case Summary                    Page 2 of 6

**06/17/2003** Memorandum of Costs (after Judgt., Ack of credit, and Decl. of accrued interest )
Filed by Attorney for Assignee

**02/13/1997** Notice (Ntc of cont judgmet debtor exam and issuance of warrant 03-03-97 9AM D-1A )
Filed by Attorney for Pltf/Petnr

**01/10/1997** Proof of Service (POS to Moshe Leichner )
Filed by Attorney for Pltf/Petnr

**01/10/1997** Proof of Service (POS to Moshe Leichner 02-10-97 9AM D-1A )
Filed by Attorney for Pltf/Petnr

**12/30/1996** Appl for Writ of Execution & Ord
Filed by Attorney for Pltf/Petnr

**12/30/1996** Writ issued
Filed by Attorney for Pltf/Petnr

**12/30/1996** Abstract - misc Issued
Filed by Attorney for Pltf/Petnr

**12/26/1996** Notice (OF RULING )
Filed by Atty for Plaintiff and Cross-Deft

**12/26/1996** Notice of Entry of Judgment
Filed by Atty for Plaintiff and Cross-Deft

**11/12/1996** Notice (OF RULING )
Filed by Atty for Plaintiff and Cross-Deft

**09/06/1996** Proof of Service
Filed by Attorney for Pltf/Petnr

**09/06/1996** Substitution of Attorney
Filed by Attorney for Pltf/Petnr

**09/03/1996** Declaration
Filed by Attorney for Deft/Respnt

**09/03/1996** Application - misc
Filed by Attorney for Deft/Respnt

**08/30/1996** Opposition Document
Filed by Attorney for Deft/Respnt

**08/21/1996** Application - misc
Filed by Attorney for Deft/Respnt

**06/28/1996** Declaration
Filed by Attorney for Pltf/Petnr

**000007**

Los Angeles Superior Court - Civil Case Summary                    Page 3 of 6

06/20/1996 Declaration
Filed by Attorney for Deft/Respnt

06/18/1996 Opposition Document
Filed by Attorney for Pltf/Petnr

06/05/1996 Substitution of Attorney
Filed by Attorney for Deft/Respnt

06/03/1996 Proof of Service (POS TO Moshe Leichner )
Filed by Attorney for Pltf/Petnr

04/08/1996 Abstract - misc Issued (ABST ISSUED )
Filed by Clerk

03/12/1996 Appl for Writ of Execution & Ord (WRIT L.A. CO. 7.00 FEE )
Filed by Attorney for Pltf/Petnr

03/12/1996 Abstract - misc Issued (ABSTRACT ISSUED 7.00 FEE )
Filed by Attorney for Pltf/Petnr

02/02/1996 Memo of Costs
Filed by Plaintiff

02/02/1996 Declaration
Filed by Attorney for Pltf/Petnr

01/11/1996 Declaration (OF JEROME A. YELSKY IN SUPPORT OF OPPOSITION OF
JEROME A. YELSKY TO REQUEST FOR SANCTIONS AGAINST JEROME A. YELSKY. )
Filed by Attorney for Deft/Respnt

01/11/1996 Points and Authorities
Filed by Attorney for Deft/Respnt

01/09/1996 Declaration (OF DAVID L. ALLEN IN SUPPORT OF REQUEST FOR
SANCTIONS AGAINST DEFT & THEIR PRIOR COUNSEL IN RESPONSE TO THE
COURT'S OSC. )
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   11/29/1995

11/29/1995 Substitution of Attorney
Filed by Former Attorney for Deft/Resp

08/28/1995 Substitution of Attorney
Filed by Attorney for Deft/Respnt

04/17/1995 Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

02/24/1995 Cross-complaint                                    **000008**

Los Angeles Superior Court - Civil Case Summary                    Page 4 of 6

Filed by Attorney for Deft/Respnt

**10/03/1994** Amended Complaint (Second Amended Complaint )
Filed by Attorney for Pltf/Petnr

**08/17/1994** Amended Complaint
Filed by Attorney for Pltf/Petnr

**07/29/1994** Complaint

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   11/29/1995

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
6/29/1995

**07/28/1997** at 09:00 am in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Completed**

**07/15/1997** at 12:00 pm in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Matter continued**

**03/03/1997** at 09:00 am in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Completed**

**02/10/1997** at 09:00 am in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Matter continued**

**12/17/1996** at 10:30 am in Department 69, David Yaffe, Presiding
Nunc Pro Tunc Order - **Completed**

**11/06/1996** at 08:30 am in Department 69, David Yaffe, Presiding
Motion for an Order - **Motion Denied**

**09/24/1996** at 02:30 pm in Department 69, David Yaffe, Presiding
Ruling on Submitted Matter - **Completed**

**09/18/1996** at 09:15 am in Department 69, David Yaffe, Presiding
Court Trial - Short Cause - **Full Day of Trial Held**

**09/17/1996** at 01:30 pm in Department 69, David Yaffe, Presiding
Court Trial - Short Cause - **Half Day of Trial Held**

**09/06/1996** at 08:30 am in Department 52, Victor E. Chavez, Presiding
Final Status Conference - **Completed**

**000009**

Los Angeles Superior Court - Civil Case Summary                    Page 5 of 6

**09/03/1996** in Department 52, Victor E. Chavez, Presiding
Exparte proceeding - **Granted**

**08/21/1996** in Department 52, Victor E. Chavez, Presiding
Exparte proceeding - **Granted**

**08/01/1996** at 08:30 am in Department 52, Victor E. Chavez, Presiding
Status Conference - **Completed**

**07/08/1996** at 09:10 am in Department 1A, Murray Gross, Presiding
Judgment Debtor Examination Hrng - **Off-caldr,no appearance Plaintiff**

**07/05/1996** at 09:00 am in Department 52, Victor E. Chavez, Presiding
Motion Hearing - **Granted**

**06/25/1996** in Department 52, Victor E. Chavez, Presiding
Motion for an Order - **Continued by Court**

**01/23/1996** at 09:30 am in Department 52, Victor E. Chavez, Presiding
Jury Trial - **End of Trial**

**01/16/1996** at 08:30 am in Department 52, Victor E. Chavez, Presiding
Final Status Conference - **Matter continued**

**09/29/1995** in Department 52, Victor E. Chavez, Presiding
Exparte proceeding - **Granted**

**07/05/1995** in Department 52, Victor E. Chavez, Presiding
Exparte proceeding - **Granted**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP  6/29/1995

**06/29/1995** at 08:30 am in Department 52, Victor E. Chavez, Presiding
Final Status Conference - **Matter continued**

**06/14/1995** in Department 52, Victor E. Chavez, Presiding
Settlement Conference - **Completed**

**05/30/1995** at 09:00 am in Department 52, Victor E. Chavez, Presiding
Motion Hearing - **Granted**

**03/15/1995** at 09:00 am in Department 52, Victor E. Chavez, Presiding
Motion for Leave - **Granted**

**01/27/1995** at 08:30 am in Department 52, Victor E. Chavez, Presiding
Status Conference - **Completed**

**11/07/1994** at 09:00 am in Department 54, Victor E. Chavez, Presiding
Motion for Leave - **Granted**

**10/28/1994** at 09:00 am in Department 54, Victor E. Chavez, Presiding

**000010**

Motion for Leave - **Continued by Court**

**09/07/1994** at 09:00 am in Department 54, Victor E. Chavez, Presiding
Hearing on Demurrer - **Off Calendar**

**08/17/1994** in Department 54, Victor E. Chavez, Presiding
Non-Appearance (Case Review) - **Completed**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP   6/29/1995

Case Information | Party Information | Documents Filed | Proceeding Information



THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

JUL 2 5 2005

ATTEST_____
JOHN A. CLARKE

Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles.

By_____, Deputy

M. Beltran

**000011**

# EXHIBIT

# 3



NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

under the seal of the National Archives and Records Administration, that the attached reproduction(s)

a true and correct copy of documents in his custody.

| Signature | | |
|---|---|---|
| Name | | Date |
| BRUCE MacVICAR | | FEB 2 0 2004 |
| Title  Director | | |
| Records Center Operations | | |
| National Archives and Records Administration | | |
| Pacific Region (Laguna Niguel) | | |
| 24000 Avila Road, 1st Floor (East) | | |
| Laguna Niguel, CA  92677-3497 | | |

NA FORM 13040 (10-36)

## EXHIBIT 3

000012

cial Form) - (Rev. 3/98)                                              1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| LEICHNER, MOSHE | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>9210 SOPHIA AVE.<br>NORTH HILLS, CA  91343 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  LOS ANGELES | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>N/A | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case Ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) | |
|---|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached | |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying | |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | | |

**Statistical/Administrative Information (Estimates only)**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 -<br>$50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 -<br>$50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

```
06/22/98  **FILED**  13:27
   SV98-18643KL
DEBTOR: LEICHNER, MOSHE
JUDGE: HON. K. Lax -- 465
TRUSTEE: BT18
CHAPTER: 13   (INCOMPLETE)
341A: 08/05/98 11:30 SFV
ADR: 21041 Burbank,#126,Woodland Hill

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. DEPUTY:622
RECEIPT NO:SV-012034  $ 160.00
```

000013

Official Form 1) Page Two - (Rev. 3/98)                                    1998 USBC, Central District of California

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): LEICHNER, MOSHE | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: WOODLAND HILLS | Case Number: SV 98-10182KL | Date Filed: 1/7/98 |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone and Fax Number (If not represented by attorney)

6/22/98
Date

X _____
Signature of Attorney
Signature of Attorney for Debtor(s)
MICHAEL A. CARDENAS, ESQ.
Printed Name of Attorney for Debtor(s)
LAW OFFICES OF MICHAEL A. CARDENAS
Firm Name
16400 VENTURA BOULEVARD, SUITE 317
Address
ENCINO, CA 91436
(818) 990-1400   FAX (818)990-1407
Telephone and Fax Number
6/22/98    #177798
Date        Bar Number

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

**000014**

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit "A"

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts). I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____    6/22/98
Signature of Attorney for Debtor(s)        Date

INFORMATION REQUIRED BY LOCAL RULE 104
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate.)

CHAPTER 13, CASE NUMBER SV 98-10182-KL

CASE DISMISSED

2. (If Petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate.)

3. (If Petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliate or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate.)

4. (If Petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____ENCINO_____, California.

Dated: _____6/22/98_____

_____
Debtor

LEICHNER, MOSHE

**000015**

_____
Joint Debtor

Rule 104 Rev. 2-88

BK-10

, OFFICES OF MICHAEL A. CARDENAS
6400 VENTURA BLVD., #317
ENCINO, CALIFORNIA 91436

(818)990-1400

## UNITED STATES BANKRUPTCY COURT FOR THE

_____ CENTRAL DISTRICT OF CALIFORNIA _____

In re LEICHNER, MOSHE

Debtor(s)

(Set forth here all names including trade names, used by debtor(s) within last 6 years.)

Case No.

Social Security No. 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 _____

Social Security No. _____

Debtor's Employer's Tax Identification No. _____

## NOTICE OF AVAILABLE CHAPTERS

(If this form is used for joint petitioners, wherever the word "petitioner" or words referring to petitioners are used they shall be read as if in the plural.)

1. Section 342(b) of 11 U.S. Code ("The Bankruptcy Code") states:
   "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. If your debts are primarily consumer ones (as opposed to business debts) and they do not exceed $100,000.00 unsecured or $350,000.00 secured (11 U.S.C. § 109(e)), you are eligible to file under Chapter 13 and to use future income to pay all or a portion of your existing debts.

3. You are also eligible to file under Chapter 11 ($500.00 filing fees) for debt reorganization.

4. You are not eligible to file under Chapter 9.

5. You are eligible to file under Chapter 7 ("straight bankruptcy"), whereby debts are eliminated and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

6. All general filing eligibility is subject to 11 U.S.C. §§ 109(f), 727(a)(8), and (9), and 707(b). Consult your attorney.

I HAVE READ THE ABOVE " NOTICE OF AVAILABLE CHAPTERS "

Court Clerk

LEICHNER, MOSHE
Debtor

Debtor

**000016**

BK-21

LAW OFFICES OF MICHAEL A. CARDENAS
16400 VENTURA BLVD., #317
ENCINO, CALIFORNIA 91436

(818) 990-1400

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

Bankruptcy Case No.

DISCLOSURE OF COMPENSATION
OF ATTORNEY FOR DEBTOR

In re LEICHNER, MOSHE

Debtor(s).

Social Security No.: 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
Social Security No.: _____
Employer's Tax Identification No.: _____

1.   Pursuant to 11 U.S.C., § 329(A) and Bankruptcy Rule 2016(b), I certify that I am the attorney
for the above-named debtor and that compensation paid to me within one year before the filing of
the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services                     $         1000.00

Prior to the filing of
this statement I have received         $            0.00

Balance Due:                           $         1000.00

2.   The source of the compensation paid to me was:
[X] Debtor

[_] Other (specify):

3.   The source of compensation to be paid to me is:
[X] Debtor

[_] Other (specify):

4.   [X]   I have not agreed to share the above-disclosed compensation with any other person unless they
are members and associates of my law firm.

[_]   I have agreed to share the above-disclosed compensation with a person or persons who are not
members or associates of my law firm.  A copy of the agreement, together with a list of the
names of the people sharing in the compensation, is attached.

**000017**

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date    6/22/98

Signature of Attorney
MICHAEL A. CARDENAS, ESQ.

LAW OFFICES OF
MICHAEL A. CARDENAS
Name of Law Firm

LAW OFFICES OF MICHAEL A. CARDENAS
16400 VENTURA BLVD., #317
ENCINO, CALIFORNIA 91436

(818)990-1400

## UNITED STATES BANKRUPTCY COURT

### CENTRAL   DISTRICT OF CALIFORNIA

IN RE: LEICHNER, MOSHE

                                                    CASE NO._____

                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney, if applicable, do hereby
certify under penalty of perjury that the attached Master Mailing List of creditors,
consisting of ___/___ sheet(s) is complete, correct and consistent with the
debtor's schedules pursuant to Local Bankruptcy 105(6) and I/we assume all
responsibility for errors and omissions.

Date: ___6/22/98___

_____
Attorney (if applicable)
MICHAEL A. CARDENAS, ESQ.

_____
Debtor
LEICHNER, MOSHE

_____
Joint Debtor

**000019**

BK-105

.W OFFICES OF MICHAEL A. CARDENAS
.6400 VENTURA BLVD., #317
ENCINO, CALIFORNIA 91436
(818)990-1400


# UNITED STATES BANKRUPTCY COURT

## CENTRAL    DISTRICT OF CALIFORNIA

IN RE: LEICHNER, MOSHE

CASE NO._____

Debtor(s).


## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney, if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____4_____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 105(6) and I/we assume all responsibility for errors and omissions.


Date: _____    _____
                                    Debtor
                                    LEICHNER, MOSHE


_____    _____
Attorney (if applicable)      Joint Debtor
MICHAEL A. CARDENAS, ESQ.


**000020**

BK-105

LEICHNER, MOSHE
9210 SOPHIA AVE.
NORTH HILLS, CA. 91343


LAW OFFICES OF MICHAEL A. C
16400 VENTURA BLVD.
SUITE 340
ENCINO , CALIFORNIA 91436


U.S. TRUSTEE
221 N. FIGUEROA ST. #800
LOS ANGELES, CA 90012


HOME SERVICING
P.O. BOX 60020
CITY OF IND., CA 91716-0020


MALCOLM, CISNEROS & HOUSER
JAMBOREE CENTER
5 PARK PLAZA, SUITE 830
IRVINE,, CA 92614


000021

# EXHIBIT
# 4

CLOSED

## U.S. Bankruptcy Court
### Central District Of California (San Fernando Valley)
### Bankruptcy Petition #: 1:98-bk-18643-KT

*Assigned to:* Kathleen Thompson
Chapter 13
Voluntary
Asset

*Date Filed:* 06/22/1998
*Date Terminated:* 03/25/1999

*Debtor*
**Moshe Leichner**
9210 Sophia Ave
North Hills, CA 91343
SSN: xxx-xx-8280

represented by **Michael A Cardenas**
16400 Ventura Blvd Suite 317

Encino, CA 91436
818-990-1400

*Trustee*
**EDWINA E DOWELL**
700 SOUTH FLOWER STREET STE 1950
LOS ANGELES, CA 90017
213-996-4400

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/1998 | 1 | Voluntary petition under chapter 13 [CEI] (Entered: 06/23/1998) |
| 06/22/1998 | 2 | ORDER to comply with bankruptcy rule 1007 and notice of intent [CEI] (Entered: 06/23/1998) |
| 06/22/1998 | 3 | Statement of related cases [CEI] (Entered: 06/23/1998) |
| 06/22/1998 | 4 | Notice of available chapters [CEI] (Entered: 06/23/1998) |
| 06/22/1998 | 5 | Verification of creditor matrix [CEI] (Entered: 06/23/1998) |
| 06/22/1998 | 6 | Matrix [mailing list] [CEI] (Entered: 06/23/1998) |
| 06/23/1998 | 7 | Notice of 341a meeting [requested from BNC] hearing on 08/05/1998 at 11:30 a.m. at First Floor Rm 126, 21041 Burbank Blvd., Woodland Hills, CA [LEL] (Entered: 06/23/1998) |
| 06/26/1998 | 8 | Certificate of mailing RE: Item# 7 [BNC] (Entered: 06/29/1998) |
| 07/06/1998 | 9 | Summary of schedules RE: Item# 2 [PHI] (Entered: 07/08/1998) |

## EXHIBIT 4

**000022**

| 07/06/1998 | 10 | Schedule A filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 11 | Schedule B filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 12 | Schedule C filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 13 | Schedule D filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 14 | Schedule E filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 15 | Schedule F filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 16 | Schedule G filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 17 | Schedule H filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 18 | Schedule I filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 19 | Schedule J filed [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 20 | Declaration concerning debtor's schedules [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 21 | Statement of financial affairs [PHI] (Entered: 07/08/1998) |
| 07/06/1998 | 22 | Chapter 13 plan [PHI] (Entered: 07/08/1998) |
| 07/08/1998 | 23 | Chapter 13 plan and Motion to Avoid Liens; verification of creditor matrix; proof of service RE: Item# 22 [ACI] (Entered: 07/10/1998) |
| 07/24/1998 | 24 | Objection to Confirmation of Chapter 13 Plan filed by Malcolm, Cisneros & Houser, attorneys for Home Savings of America; proof of service RE: Item# 23 [ACI] (Entered: 07/27/1998) |
| 07/28/1998 | 25 | Notice of Rescheduled 341[a] First Meeting of Creditors; set for August 19, 1998 at 2:30PM; filed by Edwina Dowell, with proof of service RE: Item# 7 [PHI] (Entered: 07/29/1998) |
| 09/08/1998 | 26 | Request for special notice filed by Allen & Allen, attorneys for 2500 Honolulu Ltd.; with proof of service [PHI] (Entered: 09/09/1998) |
| 10/13/1998 | 27 | Amendment to schedule[s] [with proof of service] [PHI] (Entered: 10/15/1998) |
| 10/13/1998 | 28 | Summary of schedules [amended] RE: Item# 9 [PHI] Original NIBS |

**000023**

|  |  |  |
|---|---|---|
|  |  | Entry Number: 27A (Entered: 10/15/1998) |
| 10/13/1998 | 29 | Schedule E filed [amended] RE: Item# 14 [PHI] Original NIBS Entry Number: 27B (Entered: 10/15/1998) |
| 10/13/1998 | 30 | Statement of financial affairs [amended] RE: Item# 21 [PHI] Original NIBS Entry Number: 27C (Entered: 10/15/1998) |
| 10/13/1998 | 31 | Chapter 13 plan [amended] RE: Item# 22 [PHI] Original NIBS Entry Number: 27D (Entered: 10/15/1998) |
| 01/15/1999 | 32 | ORDER re: for disgorgement of fees of debtor's attorney in the sum of $200.00 [FLC] Original NIBS Entry Number: 28 (Entered: 01/19/1999) |
| 03/12/1999 | 33 | ORDER dismissing chapter 13 case for failure to make required payments [without 180-Day restriction] [PHI] Original NIBS Entry Number: 29 (Entered: 03/12/1999) |
| 03/12/1999 | 34 | Notice of dismissal [requested from BNC] RE: Item# 33 [PHI] Original NIBS Entry Number: 30 (Entered: 03/12/1999) |
| 03/17/1999 | 35 | Certificate of mailing RE: Item# 34 [BNC] Original NIBS Entry Number: 31 (Entered: 03/18/1999) |
| 03/25/1999 | 36 | ORDER discharging chapter 13 panel trustee and exonerate bond liability GRANTED [PHI] Original NIBS Entry Number: 32 (Entered: 03/25/1999) |
| 03/25/1999 | 37 | Final report of trustee in asset case [Chapter 13] - CASE DISMISSED [with cash] proof of service [PHI] Original NIBS Entry Number: 33 (Entered: 03/25/1999) |
| 03/25/1999 | 38 | ORDER closing case DISMISSED [PHI] Original NIBS Entry Number: 34 (Entered: 03/25/1999) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/26/2006 13:34:39 | | |
| PACER Login: | gr0090 | Client Code: |
|  |  | 1:98-bk-18643-KT Fil or Ent: filed |

**000024**

| Description: | Docket Report | Search Criteria: | From: 1/1/1980 To: 7/26/2006 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |

000025