LEONARD L. GUMPORT (Bar No. 86935)
LISA N. NOBLES (Bar No. 233723)
GUMPORT | REITMAN
550 South Hope Street, Suite 825
Los Angeles, California 90071
Telephone: (213) 452-4900
Facsimile: (213) 623-3302

Attorneys for Plaintiff Christopher R. Barclay, Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Substantively Consolidated Bankruptcy Estates of MIDLAND EURO EXCHANGE, INC., MIDLAND EURO, INC., MIDLAND GROUP, INC., MOSHE LEICHNER, and ZVI LEICHNER,<br><br>    Debtors. | Bk. No.: SV 03-13981-GM<br>[Includes cases previously designated as Bk. Case Nos. SV 03-13982-AG, SV 03-13986-AG, SV 03-13987-AG, and SV 03-13989-AG]<br><br>**CHAPTER 7**<br><br>Adv. No. AD 04-01390-GM |
| CHRISTOPHER R. BARCLAY, Trustee of the Substantively Consolidated Bankruptcy Estates of Midland Euro Exchange, Inc., Midland Euro, Inc., Midland Group, Inc., Moshe Leichner, and Zvi Leichner,<br><br>    Plaintiff,<br>v.<br><br>YOSSI ATTIA et al.,<br><br>    Defendants. | **APPENDIX OF EXHIBITS TO TRUSTEE'S REQUEST TO TAKE JUDICIAL NOTICE IN OPPOSITION TO SUMMARY JUDGMENT MOTION OF DEFENDANTS GALINA KUBRAK AND 18607 VENTURA ASSOCIATES, LTD. [VOLUME <u>TWO</u> OF THREE VOLUMES]**<br><br>DATE: November 7, 2007<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367<br>[Judge Mund] |

///
///

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Christopher R. Barclay, Chapter 7 Trustee of Substantively Consolidated Bankruptcy Estates of Midland Euro Exchange, Inc., Midland Euro, Inc., Midland Group, Inc., Moshe Leichner, and Zvi Leichner ("Trustee") hereby submits Volume Two of Three Volumes of the Appendix of Exhibits to the Request for Judicial Notice to Trustee's Opposition to Summary Judgment Motion of Defendants Galina Kubrak and 18607 Ventura Associates, Ltd.

DATED: October 17, 2007

Respectfully submitted,

GUMPORT | REITMAN

By: _____
Leonard L. Gumport
Attorneys for Christopher R. Barclay, Trustee

# INDEX TO EXHIBITS TO REQUEST TO TAKE JUDICIAL NOTICE
## VOLUME ONE OF THREE

| Exhibit No. | Description |
|---|---|
| 1. | Abstract of judgement issued on December 30, 1996 in Los Angeles Superior Court Case No. BC 109751, captioned <u>2500 Honolulu, Ltd. v. M. Leichner</u>, and recorded on January 9, 1997 as Instrument No. 97-37203 at the Los Angeles County Recorder's office. |
| 2. | Docket in L.A. Superior Court Case No. BC 109751 reflecting that, through the Debtors' May 2003 involuntary bankruptcy filing, no acknowledgment of satisfaction of the judgment (Ex. 1) was filed. |
| 3. | Bankruptcy petition filed on June 22, 1998 in <u>In re Moshe Leichner</u>, Bk. Case No. SV-98-18643-KL, in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "1998 Leichner Bankruptcy Case"). |
| 4. | Docket for the 1998 Leichner Bankruptcy Case. |
| 5. | Moshe Lechner's bankruptcy schedules filed on July 6, 1998 in the 1998 Leichner Bankruptcy Case. |
| 6. | Order dismissing the 1998 Leichner Bankruptcy Case without discharge, filed March 12, 1999. |
| 7. | First amended complaint filed on May 11, 1999 in <u>Rawashdeh v. Mansour, et al.</u>, L.A.S.C. No. BC 191035 in the Los Angeles Superior Court (the "Rawashdeh Action"). |
| 8. | Copy of a certified copy of the abstract of judgment issued on August 10, 2001 in the Rawashdeh Lawsuit, recorded on March 1, 2002 as Instrument No. 02-0480501 at the Los Angeles County Recorder's Office. |
| 9. | Notice of a writ of attachment for $2.9 million recorded in February 2000 against Moshe Leichner and others in U.S.D.C. Case No. CV 99-13144 (C.D. Cal.), captioned <u>Amalia Gomez, et al. v. Midland Euro-Exchange, Inc., et al.</u> (the "Gomez Action"). |
| 10. | Docket for the Gomez Action. |
| 11. | Desist and Refrain Order dated March 21, 2000, issued by California Department of Corporations against Zvi Leichner and Midland Euro Exchange Trust. |
| 12. | 2001 articles of incorporation and initial statement of officers of Continental Jet Management, Inc. filed with the Secretary of State for the state of Nevada. |
| 13. | Articles of incorporation for Midland Euro Exchange, Inc.("MEEI") filed on July 9, 1998 in the Office of the Secretary of State of California. |
| 14. | Articles of incorporation of Midland Euro, Inc. ("MEI") filed June 22, 1999 with the Secretary of State of California. |

| Exhibit No. | Description |
|---|---|
| 15. | Midland Group, Inc. (MGI") articles of incorporation filed December 4, 2000 in Barbados. |
| 16. | 16(a) – Notice of Member Responsibility Action issued by the National Futures Association ("NFA") on October 31, 2001 in the NFA proceeding with Docket No. 01-MRA-002; and 16(b) – NFA's decision, issued November 14, 2001 in NFA Docket No. 01-MRA-002. |
| 17. | First amended complaint filed on or about December 28, 2001 in Al Baraka International Investment Co., Ltd. v. Midland Euro Exchange, Inc. et al., L.A.S.C. No. BC 259482 (the "Al Baraka Action"). |
| 18. | Order issuing preliminary injunction, filed on November 14, 2001 in the Al Baraka Action, restricting MEEI from transferring assets. |
| 19. | Motion for stay filed by Moshe Leichner, Midland Euro, Inc., and others on October 15, 2002 in the Al Baraka Action. |
| 20. | Docket in the Al Baraka Action. |
| 21. | Complaint filed December 31, 2001 by the NFA against Midland Euro, Inc., and Zvi Leichner in the NFA Case No. 01-BCC-018 (the "2nd NFA Proceeding"). |
| 22. | Decision filed November 20, 2002 by the NFA in the 2nd NFA Proceeding. |
| 23. | Copy of a certified copy of criminal complaint dated February 7, 2003, filed in U.S.A. v. M. Leichner and Z. Leichner, magistrate case no. 03-0282M, in the U.S. District Court for the Central District of California. |
| 24. | Docket in U.S.A. v. Leichner, U.S.D.C. Case No. 03-CR-568 ("USA v. Leichner"). |
| 25. | Plea agreement for Defendant Moshe Leichner, filed June 12, 2003 in USA v. Leichner (re agreement of Moshe Leichner to plead to fraud and money-laundering charges). |
| 26. | Judgment and Probation/Commitment Order for Moshe Leichner, entered on March 7, 2003 in USA v. Leichner. |
| 27. | Plea agreement for Defendant Zvi Leichner, filed June 12, 2003 in USA v. Leichner (re agreement of Zvi Leichner to plead to fraud and money-laundering charges). |
| 28. | Supplemental Plea Agreement for Defendant Zvi Leichner, filed August 19, 2004 in USA v. Leichner. |
| 29. | Copy of a certified copy of Judgment and Probation/Commitment Order for Zvi Leichner, entered March 26, 2005 in USA v. Leichner. |
| 30. | Involuntary petition filed May 8, 2003 against MEEI In the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13981-AG. |

| Exhibit No. | Description |
|---|---|
| 31. | Involuntary petition filed May 8, 2003 against MEI In the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13982-AG. |
| 32. | Involuntary petition filed May 8, 2003 against Moshe Leichner in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13986-AG. |
| 33. | Involuntary petition filed May 8, 2003 against Zvi Leichner in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk.No. SV03-13987-AG. |
| 34. | Involuntary petition filed May 8, 2003 against MGI in the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division in Bk. No. SV03-13989-AG. |
| 35. | Docket in Bk. No. SV03-13981–GM, downloaded from the PACER service on July 26, 2006. |
| 36. | List of proofs of claim in Bk. No. SV03-13981–GM, downloaded from the Court's website on July 26, 2006. |
| 37. | Statements of Domestic Stock Corporation of Delong Friedman and Sukenik Inc., filed with the California Secretary of State on April 9, 1999 and November 27, 2000; and Resignation of Agent Upon Whom Process May Be Served of Michael A. Cardenas re Midland Euro, Inc., filed March 15, 2003. |
| 38. | Statements of Domestic Stock Corporation of MEEI, filed with the California Secretary of State on December 31, 1999 and June 22, 2002; and Resignation of Agent Upon Whom Process May Be Served of Michael A. Cardenas re Midland-Euro Exchange, Inc., filed March 15, 2003. |
| 39. | March 7, 2001 certificate reflecting change of name of "Delong, Friedman and Sokenik, Inc." to "Midland Euro, Inc." and WestLaw printout of change of name. |

**VOLUME TWO OF THREE**

| Exhibit No. | Description |
|---|---|
| 40. | Petition for Dissolution of Marriage filed January 5, 1995 in In re Marriage of Michaely, Los Angeles Superior Court Case No. BD 206726 (the "Michaely Divorce Case"). |
| 41. | Docket in the Michaely Divorce Case. |
| 42. | Report, Findings and Recommendation of Referree; and Order filed June 20, 2002 in the Michaely Divorce Case. |
| 43. | Judgment filed August 17, 2005 in the Michaely Divorce Case. |

| Exhibit No. | Description |
|---|---|
| 44. | Published opinion filed on April 16, 2007 by the Court of Appeal, Second District affirming the judgment in the Michaely Divorce Case. |
| 45. | Chapter 11 voluntary petition filed September 27, 1999 in U.S. Bankruptcy Court for the District of Nevada captioned In re Yehoshua Shuki Michaely, Case No. 99-17701-BAM (the "Michaely Bankruptcy Case"). |
| 46. | Docket in the Michaely Bankruptcy Case. |
| 47. | Amended schedules of liabilities and statement of financial affairs filed October 5, 1999 in the Michaely Bankruptcy Case. |
| 48. | Adversary complaint filed in the Michaely Bankruptcy Case on January 31, 2000 against Josh Michaely as Adv. No. 002034 (the "Michaely Adversary"). |
| 49. | Docket in the Michaely Adversary. |
| 50. | Judgment against Josh Michaely filed September 26, 2001 in the Michaely Adversary. |
| 51. | Findings of fact and conclusions of law filed November 14, 2001 in the Michaely Adversary. |
| 52. | Opinion of the U.S. District Court, District of Nevada entered August 20, 2004 affirming the judgment in the Michaely Adversary. |
| 53. | Ninth Circuit decision submitted August 18, 2006 affirming the Nevada District Court opinion relating to the Michaely Adversary. |
| 54. | Grant Deed dated May 2001 from 6931 Corporation transferring to American Realty Group, Inc. record title to real property commonly known as 6931 & 6939 Van Nuys Boulevard, Van Nuys California 91405 (the "Van Nuys Property"). |
| 55. | Grant Deed dated September 2003 from American Realty Group, Inc. transferring to Van Nuys Plaza LLC record title to the Van Nuys Property. |
| 56. | Grant Deed dated June 2001 from Bonanza Main Investment Company transferring to Bonanza Realty, Inc. record title to real property commonly known as Bonanza & Main, Las Vegas, Nevada (the "Bonanza Property"). |
| 57. | Grant Deed dated October 2002 from Bonanza Realty, Inc. transferring to Bonanza Realty LLC record title to the Bonanza Property. |
| 58. | Adversary complaint (without voluminous exhibits) filed on September 30, 2004 against Yossi Attia and others captioned Barclay, Trustee v. Attia et al., Adv. Case No. AD04-01390 (the "Attia/Schnapp/Michaely Proceeding"). |
| 59. | Answer and cross-complaint filed on May 12, 2005 by defendants Yossi Attia, Moshe Schnapp, and others in the Attia/Schnapp/Michaely Proceeding. |

| Exhibit No. | Description |
|---|---|
| 60. | Memorandum of opinion re service on defendant Galina Kubrak entered May 26, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| 61. | Motion for protective order re deposition of Josh Michaely filed July 14, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| 62. | Motion for protective order re deposition of Galina Kubrak filed July 14, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| 63. | Order on motions of defendants Josh Michael and Galina Kubrak for protective orders entered September 8, 2005 in the Attia/Schnapp/Michaely Proceeding. |
| 64. | Motion for approval of a partial settlement (the "Attia/Schnapp Settlement") filed May 11, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| 65. | Supplemental declaration of Christopher R. Barclay in support of motion for approval of settlement filed June 9, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |

## VOLUME THREE OF THREE

| Exhibit No. | Description |
|---|---|
| 66. | Findings of fact and conclusions of law re motion for approval of settlement entered June 16, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| 67. | Revised order re motion for approval of settlement entered June 16, 2006 in the Midland Bankruptcy Case relating to the Attia/Schnapp/Michaely Proceeding. |
| 68. | Memorandum of Opinion re determination of good faith settlement filed July 6, 2006 relating to the Attia/Schnapp/Michaely Proceeding. |
| 69. | Complaint filed September 21, 2005 captioned Israel Discount Bank, Ltd. v. Moshe Schnapp et al., L.A. Superior Court Case No. BC 340165 re judgments entered against Moshe Schnapp in Israel. |
| 70. | Answer filed December 8, 2005 by Moshe Schnapp in Israel Discount Bank, Ltd. v. Moshe Schnapp et al. |
| 71. | Order filed on October 30, 2006 in MP Number 06-MP-00101 GM re Trustee's request to take judicial notice in connection with the documents that are Exhibits 1-39 in the first volume of this Appendix of Exhibits. |
| 72. | Judgment and amended findings filed on April 29, 2007 MP Number 06-MP-00101 GM. |
| 73. | Fictitious business name statement for Midland Euro Exchange Trust, filed June 25, 1998 in Los Angeles County. |

| Exhibit No. | Description |
| --- | --- |
| 74. | Press release published by California Department of Corporations in March 2000 (and downloaded in September 2001 and July 2007). |
| 75. | NFA press release, dated November 5, announcing suspension of MEI in November 2001. |
| 76. | CFTC press releases dated November 19 and 23, 2001 announcing suspension of MEI by NFA and filing of CFTC proceeding to revoke MEI's registration with the CFTC as a futures commission merchant (FCM). |
| 77. | NFA website file (excerpts) on MEI reflecting history from 1987 through 2002. |
| 78. | Transcript of July 13, 2004 guilty plea of Zvi Leichner in No. CR 03-568. |
| 79. | Transcript of July 10, 2004 guilty plea of Moshe Leichner in No. CR 03-568. |
| 80. | Transcript of August 19, 2004 further guilty plea of Zvi Leichner in No. CR 03-568. |
| 81. | Docket of Gomez-Wilkinson et al. v. Midland Euro etc. et al., U.S.D.C. No. CV 99-13144 (i.e., the "Gomez Action"). |
| 82. | Complaint filed December 15, 1999 in Gomez Action. |
| 83. | Memorandum of points and authorities in support of applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed December 15, 1999 in Gomez Action. |
| 84. | Declarations of Amalia Gomez-Wilkinson and Richard Green (with excerpts of supporting exhibits) in support of applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed December 15, 1999 in Gomez Action. |
| 85. | Order granting applications for writs of attachment against Midland Euro Exchange Trust, Moshe Leichner, and Zvi Leichner, filed January 25, 2000 in Gomez Action. |
| 86. | Order denying motion to dismiss complaint, filed February 29, 20000 in Gomez Action. |
| 87. | Proof of Claim no. 97 in the amount of $924,115.89 filed by Henry Wagner on December 2, 2003. |
| 88. | Proof of Claim no. 58 in the amount of $230,271.87 filed by Avaness Industries, Inc. on October 14, 2003. |
| 89. | Proof of Claim no. 300 in the amount of $21,331,568.50 filed by Gills Family Partnership on October 10, 2007. |

# EXHIBIT 40

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & address): | TELEPHONE NO.: (310) 552-2700 | FOR COURT USE ONLY |
|---|---|---|
| Manley Freid (#33398)<br>FREID AND GOLDSMAN, A Prof. Law Corp.<br>2029 Century Park East, Suite 860<br>Los Angeles, California 90067-3283 | | |
| ATTORNEY FOR (Name): PATTI MICHAELY, Petitioner | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

**MARRIAGE OF**
PETITIONER: PATTI MICHAELY
RESPONDENT: JOSHUA MICHAELY

FILED
LOS ANGELES SUPERIOR COURT
JAN -6 1995
EDWARD M. KRITZMAN, CLERK
BY G. MENDIZABAL, DEPUTY

CASE NUMBER: BD206726

**PETITION FOR**
[X] Dissolution of Marriage
[ ] Legal Separation
[ ] Nullity of Marriage
[ ] And Declaration Under Uniform Child Custody Jurisdiction Act

1. RESIDENCE (Dissolution only) [X] Petitioner [X] Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this Petition for Dissolution of Marriage.

2. STATISTICAL FACTS
   a. Date of Marriage: 9/6/70
   b. Date of Separation: 9/7/94
   c. Period between marriage and separation
      Years: 24   Months:
   d. Petitioner's Social Security No.: 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
   e. Respondent's Social Security No.: 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

3. DECLARATION REGARDING MINOR CHILDREN OF THIS MARRIAGE FOR WHOM SUPPORT MAY BE ORDERED OR WHO MAY BE SUBJECT TO CUSTODY OR VISITATION ORDERS
   a. [X] There are no minor children.
   b. [ ] The minor children are:

   Child's name | Birthdate | Age | Sex

   c. IF THERE ARE MINOR CHILDREN, COMPLETE EITHER (1) OR (2)
      (1) [ ] Each child named in 3b is currently living with [ ] petitioner [ ] respondent in the following county (specify):
      During the last five years each child has lived in no state other than California and with no person other than petitioner or respondent or both. Petitioner has not participated in any capacity in any litigation or proceeding in any state concerning custody of any minor child of this marriage. Petitioner has no information of any pending custody proceeding or of any person not a party to this proceeding who has physical custody or claims to have custody or or visitation rights concerning any minor child of this marriage.
      (2) [ ] A completed Declaration Under Uniform Child Custody Jurisdiction Act is attached.

4. [X] Petitioner requests confirmation as separate assets and obligations the items listed
   [ ] in Attachment 4  [X] below:

   | Item | Confirm to |
   |---|---|
   | 1. All earnings and accumulations of Petitioner from and after the date of separation; | Petitioner |
   | 2. Miscellaneous jewelry and other personal effects. | Petitioner |
   | 3. There are additional separate property assets and obligations the exact nature and extent of which are not presently known. | Petitioner |

(Continued on reverse)

000616

Form Adopted by Rule 1281
Judicial Council of California
1281 (Rev. January 1, 1994)

**PETITION**
(Family Law)

**EXHIBIT 40**

Family Code, §§ 2330, 3409
Cal. Rules of Court, rule 1215

000007

| MARRIAGE OF (last name, first name of parties):<br>MICHAELY, PATTI AND JOSHUA | CASE NUMBER: |
|---|---|

5. **DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND OBLIGATIONS AS CURRENTLY KNOWN**
   a. ☐ There are no such assets or obligations subject to disposition by the court in this proceeding.
   b. ☐ All such assets and obligations have been disposed of by written agreement.
   c. ☒ All such assets and obligations are listed ☐ in Attachment 5 ☒ below (specify):
   
   There are community and quasi-community assets and obligations of the parties, the exact nature and extent of which are unknown to Petitioner at the present time.

6. **Petitioner requests**
   a. ☒ Dissolution of the marriage based on
      (1) ☒ irreconcilable differences. FC 2310(a)
      (2) ☐ incurable insanity. FC 2310(b)
   b. ☐ Legal separation of the parties based on
      (1) ☐ irreconcilable differences. FC 2310(a)
      (2) ☐ incurable insanity. FC 2310(b)
   c. ☐ Nullity of void marriage based on
      (1) ☐ incestuous marriage. FC 2200
      (2) ☐ bigamous marriage. FC 2201
   d. ☐ Nullity of voidable marriage based on
      (1) ☐ petitioner's age at time of marriage. FC 2210(a)
      (2) ☐ prior existing marriage. FC 2210(b)
      (3) ☐ unsound mind. FC 2210(c)
      (4) ☐ fraud. FC 2210(d)
      (5) ☐ force. FC 2210(e)
      (6) ☐ physical incapacity. FC 2210(f)

7. Petitioner requests that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|     | | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|---|
| a. | Legal custody of children to | ☐ | ☐ | ☐ | ☐ |
| b. | Physical custody of children to | ☐ | ☐ | ☐ | ☐ |
| c. | Child visitation be granted to | ☐ | ☐ | ☐ | ☐ |
|    | ☐ supervised as to (specify): | | | | |
| d. | Spousal support payable by (wage assignment will be issued) | ☐ | ☒ | | |
| e. | Attorney fees and costs payable by | ☐ | ☒ | | |

   f. ☒ Terminate the court's jurisdiction (ability) to award spousal support to respondent.
   g. ☒ Property rights be determined.
   h. ☐ Wife's former name be restored (specify):
   i. ☐ Other (specify):

8. If there are minor children of this marriage, the court will make orders for the support of the children without further notice to either party. A wage assignment will be issued.

9. I have read the restraining orders on the back of the Summons, and I understand that they apply to me when this petition is filed

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 4, 1995

(SIGNATURE OF PETITIONER)
PATTI MICHAELY

MANLEY FREID
(TYPE OR PRINT NAME OF ATTORNEY)

(SIGNATURE OF ATTORNEY FOR PETITIONER)

NOTICE: Please review your will, insurance policies, retirement benefit plans, credit cards, other credit accounts and credit reports, and other matters you may want to change in view of the dissolution or annulment of your marriage, or your legal separation. However, some changes may require the agreement of your spouse or a court order (see Family Code sections 231-235).

1281 (Rev. January 1, 1994)    PETITION (Family Law)    000617    000068    Page two

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**SHORT CASE TITLE:** MICHAELY, PATTI AND JOSHUA

**CASE NUMBER:**

## CERTIFICATE OF ASSIGNMENT

**File this certificate with all cases presented for filing in all districts of the Los Angeles Superior Court.**

[X] The undersigned declares that the above entitled matter is filed for proceedings in the **CENTRAL** District of the Los Angeles Superior Court under Section 392 et seq., Code of Civil Procedure and Rule 2 (c) and (d) of this court for the reasons checked below. The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above designated district is **(not required for non-tort cases filed in Central District)**:

| NAME: (INDICATE TITLE OR OTHER QUALIFYING FACTOR) | | | ADDRESS: |
|---|---|---|---|
| (CITY) | (STATE) | (ZIP CODE) | |

[ ] JURY TRIAL    [X] NON-JURY TRIAL    TIME ESTIMATED FOR TRIAL _____ [ ] HOURS / [ ] DAYS.

### CHECK ONLY ONE NATURE OF ACTION

| NATURE OF ACTION | GROUND | NATURE OF ACTION | GROUND |
|---|---|---|---|
| [ ] A7100 Vehicle Accident<br>[ ] A7210 Med Malpractice<br>[ ] A7200 Other Personal Inj.<br>[ ] A7220 Product Liability<br>[ ] A6050 Other Malpractice<br>[ ] A6012 Collection/Note<br>[ ] A6040 Injunct Relief<br>[ ] A6030 Declar Relief<br>[ ] A6170 Late Claim Relief<br>[ ] A6000 Other Complt.<br>(Specify): _____ | The cause of action arose within the district.<br>or<br>One or more defendants resides within the district.<br>or<br>Rule 2 allows filing in Central District (non-torts only). | [X] A5520 Regular Dissolution<br>[ ] A5525 Summary Dissolution<br>[ ] A5530 Nullity<br>[ ] A5510 Legal Separation<br>[ ] A6135 Foreign Support<br>[ ] A6136 Foreign Custody<br>[ ] A6122 Domestic Violence<br>[ ] A6130 Family Law Complaint-Other | One or more of the party litigants resides within the district.**<br><br>(Not a requirement for filing in Central District - Rule 2) |
| | | [ ] A6132 Paternity<br>[ ] A6131 DA Paternity (DA use only)<br>[ ] A6133 DA Agreement (DA use only) | Child resides or deceased father's probate would be filed in the district.** |
| [ ] A6011 Contract | Performance in the district is expressly provided for.** | [ ] A6101 Agency Adoption<br>[ ] A6102 Independent Adoption<br>[ ] A6104 Stepparent Adoption<br>[ ] A6103 Adult Adoption<br>[ ] A6106 Sole Custody Petition<br>[ ] A6105 Abandonment | Petitioner resides within the district.**<br>or<br>Consent to out-of-state adoption, consentor resides within the district.** |
| [ ] A7300 Eminent Domain<br>[ ] A6020 Landlord/Tenant<br>[ ] A6060 Real Property Rights | The property is located within the district.** | | |
| [ ] A6140 Admin Award | The administrative tribunal is located within the district** | [ ] A6210 Probate Will-Letters Testamentary<br>[ ] A6211 Probate Will-Letters Administration | Decedent resided within the district**<br>or |
| [ ] A6160 Abstract<br>[ ] A6141 Sister State Judgment | The judgment debtor holds property within the district** | [ ] A6212 Letters of Administration<br>[ ] A6213 Letters of Special Administration<br>[ ] A6215 Spousal Property | Decedent resided out of the district, but held property within the district** |
| [ ] A7221 Asbestosis<br>[ ] A6134 R.E.S.L.<br>[ ] A6111 Minor's Contract<br>[ ] A6190 Election Contest | Must be filed in the Central District | [ ] A6216 Succession to Real Property<br>[ ] A6217 Summary Probate<br>[ ] A6218 Small Estate (13200 PC) | or<br>Petitioner, conservatee or ward resides within this district.** |
| [ ] A6110 Name Change<br>[ ] A6121 Civil Harassment<br>[ ] A6100 Other Petition<br>(Specify): _____ | One or more of the party litigants resides within the district.** | [ ] A6230 Conservatorship P & E<br>[ ] A6231 Conservatorship Person<br>[ ] A6232 Conservatorship Estate<br>[ ] A6233 Medical Treatment without Consent<br>[ ] A6240 Guardianship P & E<br>[ ] A6241 Guardianship Person | |
| [ ] A6151 Mandamus*<br>[ ] A6152 Prohibition*<br>[ ] A6150 Other Writ*<br>(Specify): _____ | The defendant functions wholly within the district.** | [ ] A6242 Guardianship Estate<br>[ ] A6243 Spouse Lacks Capacity<br>[ ] A6254 Trust Proceedings<br>[ ] A6200 Probate Other<br>(Specify): _____ | 000618 |
| [ ] A6600 H.C. Family Law | Child is held within the District** | [ ] A6260 Comp Minor's Claim | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on **January , 1995** at **LOS ANGELES** , California.

**Or, Rule 2 allows optional filing in Central District.

_Manley Freid_
(SIGNATURE OF ATTORNEY/FILING PARTY) 000009

* Perogative writs concerning a court of inferior jurisdiction shall be filed in Central District.  **MANLEY FREID**

**THE COURT MAY IMPOSE SANCTIONS OR OTHER PENALTIES FOR FAILURE TO FILE IN THE PROPER DISTRICT**

4    76C134
RC 013/R3-94

**CERTIFICATE OF ASSIGNMENT**

RULE 2 LASCR
LA-4

# New Civil Case Filing Instructions

Effective January 1, 1988, all persons filing new civil actions with the Los Angeles County Superior Court will be required to comply with the following procedures.

Pursuant to Superior Court Local Rules, Rule 2(d) (revised effective January 1, 1994) this "Certificate of Assignment" must be completed and filed with the Court along with the original Complaint or Petition in ALL cases filed in any district (including the Central District) of the Los Angeles County Superior Court.

> **PLEASE HAVE THE FOLLOWING DOCUMENTS COMPLETED AND READY TO BE FILED ALONG WITH YOUR ORIGINAL CIVIL COMPLAINT OR PETITION:**

1. Original Complaint or Petition.

2. One copy of the *caption or front page (or as many pages as necessary) of the Complaint or Petition* to show the names of ALL the parties involved in the case.

3. This *"Certificate of Assignment"* form, completely filled out.*
   (Superior Court Form Number 4, revised 3/94)

4. Payment in full of the filing fee or an Order of the Court waiving payment of filing fees.

5. Additional copies of documents presented for endorsement.

* With the exception of personal injury cases, and those types of actions required to be filed in the Central District by Local Court Rule 2, all civil actions may be optionally filed either in the Central District, or in whichever other district the rule would allow them to be filed. When a party elects to file an action in the Central District which would also be eligible for filing in one or more of the other districts, this form may be submitted without the name and location information completed on the reverse. In such cases, the grounds checked for filing the particular nature of action in the Central District do not apply.

000010

000619



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST _____OCT 1 1 2007_____

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.
By _____ .Deputy

**M. GOMEZ**

000620